**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMSUNG ELECTRONICS CO, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> OSRAM AG, OSRAM OPTO SEMICONDUCTORS GMBH, OSRAM OPTO SEMICONDUCTORS, INC., and OSRAM SYLVANIA INC., <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No.: 12-CV-731 YGR <br><br> **CASE MANAGEMENT ORDER** |

A Case Management Conference was held on August 6, 2012, and the Court hereby enters the Case Management Order as follows:

| **Event** | **Deadline** |
|---|---|
| Samsung must serve Initial Disclosure of Asserted Claims and Infringement Contentions (PLR 3-1) and Initial Document Production (PLR 3-2) | 10/22/2012 |
| OSRAM must serve Invalidity Contentions (PLR 3-3) and Document Production Accompanying Invalidity Contentions (PLR 3-4) | 12/6/2012 |
| Parties must exchange Proposed Terms for Construction (PLR 4-1) | 12/20/2012 |
| Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence (PLR 4-2) | 1/10/2013 |
| Parties must complete and file Joint Claim Construction and Prehearing Statement (PLR 4-3) | 3/11/2013 |
| Deadline to Amend Pleadings | 3/25/2013 |
| Parties must complete all Claim Construction Discovery (PLR 4-4) | 4/10/2013 |

| | |
|---|---|
| Samsung's Opening Claim Construction Brief due (PLR 4-5) | 4/25/2013 |
| OSRAM must serve responsive brief and supporting evidence (PLR 4-5) | 5/13/2013 |
| Samsung must serve and file reply brief and any evidence directly rebutting the supporting evidence contained therein (PLR 4-5) | 5/20/2013 |
| Technology Tutorial | Friday, May 31, 2013 |
| Claim Construction hearing (PLR 4-6) | Friday, June 7, 2013 |
| Advice of Counsel defense requirements due (PLR 3-7) | 50 days after claim construction ruling |

The Court FURTHER ORDERS that the parties supplement the process of identifying the claims terms to be construed. For each claim, each party shall identify with specificity the intended impact of the proposed constructions on the merits of the case and exchange the same. The Joint Claim Construction Statement shall include each party's impact statement for each claim to be construed.

**IT IS SO ORDERED**.

Date: August 8, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**